MICHAEL J. HEYMAN
United States Attorney

IBAD H. JAFRI
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: ibad.jafri2@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:26-cr-00012-SAO |
| Plaintiff, | COUNT 1 |
| vs. | TRANSPORT OF MARINE MAMMAL PRODUCT |
| ANDRE LEE RUE, | Vio. of 50 C.F.R. § 18.13 |
| Defendant. | |

**INFORMATION**

The United States Attorney charges that:

COUNT 1

Beginning at a time unknown and ending on November 4, 2025, within the District

of Alaska, the defendant, ANDRE LEE RUE, did transport a marine mammal product.

All of which is in violation of 50 C.F.R. § 18.13.

//

//

RESPECTFULLY SUBMITTED August 4, 2026 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney


/s Ibad H. Jafri
IBAD H. JAFRI
Assistant United States Attorney
United States of America

Case 4:26-cr-00012-SAO    Document 1    Filed 08/04/26    Page 2 of 2